CIT Form 1 — Summons (28 U.S.C. § 1581(a))

## UNITED STATES COURT OF INTERNATIONAL TRADE

Raphael Stone Collections, Inc.,                      )
                                                      )
                          Plaintiff,                  )
                                                      )
v.                                                    )
                                                      )
United States,                                        )
                                                      )
                          Defendant.                  )
                                                      )

### SUMMONS

1. This action is commenced pursuant to 28 U.S.C. § 1581(a) to contest the denial of protest(s) concerning the assessment and/or collection of antidumping and countervailing duties on certain quartz surface products entries identified below.

2. Name, address, and telephone number of plaintiff's attorney:

    THOMPSON BURTON PLLC
    By: Jon E. Field, Esq.
    6100 Tower Circle, Suite 200, One Franklin Park, Franklin, Tennessee 37067
    Tel: (615) 475-7250
    Email: jfield@thompsonburton.com
    Attorneys for Plaintiff

3. Jurisdiction: 28 U.S.C. § 1581(a).

4. Protest Decision(s) and Entry(ies) at Issue:

    The action contests CBP's protest-denial decision dated November 13, 2025, concerning the entry below. Plaintiff attaches and incorporates a Schedule of Protests and Entries providing the protest number, port, entry number(s), importer of record, date of protest, date of denial, and the CBP official/office that issued the denial.

**SCHEDULE OF PROTESTS AND ENTRIES**
(Form 1 Continuation/Schedule)


Protest No.: [INSERT PROTEST NUMBER]
Port of Entry: Los Indios, Texas
CBP Center/Office: 100 Los Indios Blvd, Los Indios, TX 78567. Denying Official: Eliecer Mena Gonzalez, 6601 NW 25th St., Miami, FL 33122; Revenue Division, Risk Analysis Team, Revenue Protection Branch; Denying Officer Christopher Elworth.

Denial Date: November 13, 2025
Importer of Record: **Raphael Stone Collections, Inc.**
Entry No(s).:

| | | |
|---|---|---|
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B70969703 | Form 29 for 85B70969703 |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71020803 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71258601 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71372501 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71065204 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71267503 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71375603 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71226301 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71316409 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71381106 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71230105 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71316508 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71387400 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71230303 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71316607 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71391808 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71237605 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71321300 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71427107 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71237704 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71367402 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71237803 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71367501 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71250400 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71367600 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71258502 | |
| RAPHAEL STONE COLLECTION INC - 84-309200700 | 85B71367709 | |

5.    Nature of Plaintiff's Claim:

Plaintiff contests CBP's denial(s) of protests challenging the assessment and/or collection of AD/CVD on the above entries. The goods were manufactured in Malaysia by Karina Stone Sdn. Bhd. and are outside the scope of the China quartz orders; CBP's November 15, 2022 risk

assessment confirmed Malaysian manufacture. Plaintiff also asserts deemed liquidation under 19 U.S.C. § 1504 for affected entries where CBP failed to liquidate or validly extend or suspend liquidation within statutory periods. Plaintiff seeks judgment setting aside the denials and directing reliquidation without AD/CVD, cancellation of bills, and refund of any amounts collected with interest.

6.    Service: Because this action is commenced by filing a summons under 28 U.S.C. § 1581(a), service of the summons is to be made by the Clerk in accordance with Rule 4(a) of the Rules of this Court.

Dated: April 7, 2026

Respectfully submitted,

THOMPSON BURTON PLLC

Jon E. Field, Esq.
6100 Tower Circle, Suite 200,
One Franklin Park
Franklin, Tennessee 37067
Tel: (615) 475-7250
 Email: jfield@thompsonburton.com
*Attorneys for Plaintiff*